Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES HEALEY, on behalf of, SARAH HEALEY (deceased) | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

NO. C10-5679 JRC

ORDER GRANTING EXTENSION TO FILE ANSWER

Based on the motion of defendant (ECF No. 5) and without objection from the plaintiff, it is hereby ORDERED that the defendant shall have up to and including December 24, 2010 to file defendant's Answer to plaintiff's Complaint.

DATED this 30th day of November, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION - 1