UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES HEALEY on behalf of SARAH
HEALEY (deceased),

    Plaintiff,

  vs.

MICHAEL J. ASTRUE, Commissioner of
Social Security

    Defendant.

CASE NO. C10-5679 BHS JRC

ORDER AMENDING BRIEFING
SCHEDULE

BASED on the motion of plaintiff (ECF No. 14) and with agreement of defendant, the

Court hereby directs counsel to conform to the following amended briefing schedule:

Plaintiff's opening brief shall be due on or before February 10, 2011

Defendant's responsive brief shall be due on or before March 10, 2011;

Plaintiff's optional reply shall be due on or before March 24, 2011; and

Oral argument shall be requested by March 31, 2011.

DATED this 20th day of January, 2011.

J. Richard Creatura
United States Magistrate Judge