UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CHARLES HEALEY, O/B/O, SARAH HEALEY (DECEASED),<br>　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No.  C10-5679-RAJ-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before April 8, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before April 22, 2011.

/ / /

/ / /

Page 1    ORDER - [C10-5679-RAJ-MAT]

**This is the parties' second stipulation for extension of time.  No further extensions will be granted absent extraordinary circumstance.**

DATED this 10th day of March, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov