UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES HEALEY,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. C10-5679RAJ<br><br>ORDER |

The court has reviewed the Report and Recommendation ("R&R", Dkt. # 26) of the Honorable Mary Alice Theiler, United States Magistrate Judge. The court notes that the Commissioner did not object to the R&R.

The court therefore adopts the R&R, and directs that this matter be REMANDED to the Commissioner for further administrative proceedings in accordance with the R&R. The court directs the clerk to enter judgment for Plaintiff.

DATED this 1st day of July, 2011.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 1